■ In the Matter of MARIO L. BEJASA, JR., a Disbarred Attorney. [716 NYS2d 286] —Motion granted to the extent of confirming the Determination of the Hearing Panel and denying petitioner's application for reinstatement; cross-motion for, *inter alia*, reinstatement denied. No opinion. Concur—Tom, J. P., Mazzarelli, Lerner, Rubin and Buckley, JJ.

(October 17, 2000)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK MOSQUERA, Appellant. [714 NYS2d 672] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered December 1, 1997, convicting defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the second degree, and sentencing him to a term of 8 years to life, unanimously affirmed.

After a sufficient inquiry, the court properly denied defendant's motion to withdraw his guilty plea, without a hearing and without appointment of new counsel. The record establishes that a favorable and voluntary plea was entered after a thorough allocution, that defendant's claim that he was misinformed by counsel as to the charge to which he pleaded guilty (a violation instead of a class A felony) was patently meritless, and that the court rejected this claim prior to directing an inquiry at defense counsel (*see, People v Rodriguez*, 189 AD2d 684, *lv denied* 81 NY2d 892).

Defendant's valid waiver of his right to appeal forecloses any challenge to the alleged excessiveness of his sentence (*People v Seaberg*, 74 NY2d 1, 9-10). Concur—Sullivan, P. J., Rosenberger, Mazzarelli, Rubin and Buckley, JJ.